ELIZA GOLDSMITH, Individually and as Administratrix, etc., of CHARLES S. GOLDSMITH, Deceased, v. THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the CITY OF NEW YORK, Relative to Acquiring an Estate in Fee Simple in Certain Real Property and a Permanent, Perpetual and Exclusive Underground Right, Easement and Right of Way in, through and under Certain Other Real Property for the Construction, Maintenance and Operation in Perpetuity of a Rapid Transit Railroad Situated on and near the Southerly Side of West Fifty-third Street, between Seventh Avenue and Sixth Avenue and on the Westerly Side of Sixth Avenue between Fifty-third and Fifty-second Streets, in the Borough of Manhattan, City of New York. PETER DOELGER, INC., and PEERLESS ESTATES, INC. THE CITY OF NEW YORK and 931 SIXTH AVENUE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., M errell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of EDWARD M. BERNSTEIN and LOUIS HEUTWOHL, as Executors, etc., of JOSEPHINE J. GOLDSTEIN, Deceased, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals, denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAVINGS INVESTMENT AND TRUST COMPANY (as Amended), as Substituted Trustee under a Trust Mortgage or Deed of Trust Made by ENGLEWOOD BUILDING CORPORATION to ROLLIN J. FRANCIS, as Trustee, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND and MARYLAND CASUALTY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MOLLIE PAUL SHAPIRO, an Infant, etc., v. UNION RAILWAY COMPANY OF THE CITY OF NEW YORK, Impleaded with THE CITY OF NEW YORK.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ERNEST D. BARRETT v. PARAMOUNT HOTEL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

M. SALIMOFF & COMPANY and Others, v. STANDARD OIL COMPANY OF NEW YORK. M. SALIMOFF & COMPANY and Others v. VACUUM OIL COMPANY.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Settle orders on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL ROSENBERG, Doing Business, etc., v. D. S. STERN Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of